IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:10-CR-99-1D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| DYLAN CORVETT COFFIELD, | ) |
| | ) |
| Defendant | ) |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 51 be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed document to the United States Attorney, the Defendant's attorney, and the Defendant.

This the 22 day of June, 2018.

JAMES C. DEVER, III
Chief United States District Judge

1