UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 4:10-CR-99-D1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DYLAN CORVETT COFFIELD | ORDER TO SEAL |

On motion of the Defendant, Dylan Corvett Coffield, and for good cause shown, it is hereby ORDERED that DE 76 be sealed until further notice by this Court.

IT IS SO ORDERED.

This __11__ day of October, 2020.

JAMES C. DEVER III
United States District Judge