# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Dylan Corvett Coffield            Docket No. 4:10-CR-99-1D

### Petition for Action on Supervised Release

COMES NOW Travis J. Glabman, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dylan Corvett Coffield, who upon an earlier plea of guilty to Conspiracy to Distribute and Possess With the Intent to Distribute 50 Grams or More of Cocaine Base (Crack) and a Quantity of Cocaine in violation of 21 U.S.C. § 846, and Possession of a Firearm by a Felon in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable James C. Dever III, United States District Judge, on October 28, 2011, to the custody of the Bureau of Prisons for a term of 204 months as to Count 1 and 120 months as to Count 10, to run concurrently for a total term of 204 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years as to Count 1 and a term of 3 years as to Count 10, both terms to run concurrently. On April 2, 2020, the defendant's sentence was reduced to 165 months imprisonment as to Count 1, and Count 10 remained at 120 months, concurrent. Further, the term of supervised release in Count 1 was reduced to 4 years, concurrent with the 3-year term imposed in Count 10. Dylan Corvett Coffield was released from custody on January 13, 2022, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 13, 2022, following an approved release plan, the defendant was released to the supervision of the U.S. Probation Office for the Eastern District of Virginia, Newport News Division. The defendant has been compliant with mandatory drug testing, placed in a plan of random drug testing, and would be referred to alcohol and/or substance abuse treatment program should the defendant test positive. At this time, the Eastern District of Virginia is requesting his supervision be modified to state if the defendant tests positive for controlled substances, he shall participate in a program approved by the United States Probation Office for substance abuse, which program may include outpatient or residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial costs to be paid by the defendant, all as directed by the probation office. Additionally, the defendant has completed payment of his special assessment and does not have any outstanding monetary obligations. Therefore, the Eastern District of Virginia is requesting his supervision be modified to remove the condition that the defendant shall not incur any new debt or open additional lines of credit without the approval of the probation office.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of supervised release be modified as follows:

1. If the defendant tests positive for controlled substances, he shall participate in a program approved by the United States Probation Office for substance abuse, which program may include outpatient or residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial costs to be paid by the defendant, all as directed by the probation office.

2. The defendant is no longer required to adhere to the condition that the defendant shall not incur new debt or open additional lines of credit without the approval of the probation office.

Dylan Corvett Coffield
Docket No. 4:10-CR-99-1D
Petition For Action
Page 2

Except as herein modified, the Judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ David W. Leake<br>David W. Leake<br>Supervising U.S. Probation Officer | /s/ Travis J. Glabman<br>Travis J. Glabman<br>U.S. Probation Officer<br>414 Chestnut Street, Suite 102<br>Wilmington, NC 28401-4290<br>Phone: 919-679-2052<br>Executed On: February 15, 2022 |

## ORDER OF THE COURT

Considered and ordered the __17__ day of __February__, 2022, and ordered filed and made part of the records in the above case.

_/s/ J. Dever_
James C. Dever III
U.S. Magistrate Judge